The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AKHMED TEPSUEV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants. | Case No. 3:25-cv-05848-TMC<br><br>**STIPULATED MOTION TO DISMISS**<br><br>Noted for Consideration:<br>December 5, 2025. |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services to adjudicate his Form I-485 Application to Register for Permanent Residence or Adjust Status. USCIS has adjudicated that application, and this case therefore now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 3:25-cv-05848-TMC] - 1

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

1   DATED this 5th day of December, 2025.

2                                           Respectfully submitted,

3                                           CHARLES NEIL FLOYD
                                            United States Attorney

4
                                            *s/ Sarah Louise Bishop*
5                                           SARAH LOUISE BISHOP, NY No. 5256359
                                            Assistant United States Attorney
6                                           United States Attorney's Office
                                            Western District of Washington
7                                           700 Stewart Street, Suite 5220
                                            Seattle, Washington 98101-1271
8                                           Phone: 206-553-4063
                                            Fax: 206-553-4067
9                                           Email: sarah.bishop@usdoj.gov

10                                          *Attorneys for Defendants*

11                                          I certify that this memorandum contains 77 words,
                                            in compliance with the Local Civil Rules.
12

13                                          *s/ Akhmed Tepsuev*
                                            AKHMED TEPSUEV
14                                          12223 Canyon Rd. E.
                                            Puyallup, WA 98373
15                                          Phone: 279-203-8777
                                            Email: akhmedtepsuev@gmail.com
16
                                            *Pro Se Plaintiff*
17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS
[Case No. 3:25-cv-05848-TMC] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is so **ORDERED**.  The case is dismissed without prejudice.

DATED this 5th day of December, 2025.

 

_____
TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 3:25-cv-05848-TMC] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and of such age and discretion as to be competent to serve papers.

I further certify on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the following CM/ECF participant(s):

- 0 -

I further certify on this date, I arranged for service of the foregoing on the following non-CM/ECF participant(s), via Certified Mail with return receipt, postage prepaid, addressed as follows:

Akhmed Tepsuev, *Pro Se Plaintiff*
12223 Canyon Rd. E.
Puyallup, WA 98373

DATED on this 5th day of December, 2025.

*s/ Hung Nguyne*
HUNG NGUYEN, Paralegal Specialist
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: hung.nguyen@usdoj.gov

STIPULATED MOTION TO DISMISS
[Case No. 3:25-cv-05848-TMC] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970